IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Michels, Geneva | Case Number: 07 B 18151 |
| | Judge: Wedoff, Eugene R |
| Printed: 3/11/08 | Filed: 10/3/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,153.50 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,983.21 |
| Trustee Fee: | | 170.29 |
| Other Funds: | | 0.00 |
| Totals: | 3,153.50 | 3,153.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,528.00 | 2,983.21 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 4. | Sterling Inc | Secured | 0.00 | 0.00 |
| 5. | Village of LaGrange | Secured | 823.00 | 0.00 |
| 6. | Chase Manhattan Mortgage Corp | Secured | 7,310.90 | 0.00 |
| 7. | Ocwen Federal Bank FSB | Secured | 17,191.25 | 0.00 |
| 8. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 9. | Ford Motor Credit Corporation | Unsecured | 37,955.21 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 312.99 | 0.00 |
| 11. | Citibank | Unsecured | | No Claim Filed |
| 12. | Check N Go | Unsecured | | No Claim Filed |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 14. | ER Solutions | Unsecured | | No Claim Filed |
| 15. | Collection Company Of America | Unsecured | | No Claim Filed |
| 16. | Nicor Gas | Unsecured | | No Claim Filed |
| 17. | MRSI | Unsecured | | No Claim Filed |
| 18. | Zenith Acquisition | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 67,121.35 | $ 2,983.21 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 170.29 |
| | _____ |
| | $ 170.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Michels, Geneva | Case Number:  07 B 18151 |
| | Judge:  Wedoff, Eugene R |
| Printed:  3/11/08 | Filed:  10/3/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

